# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA FITZGERALD,<br>*Plaintiff,*<br><br>v.<br><br>TARGET CORPORATION,<br>*Defendant.* | CIVIL ACTION<br><br>NO. 23-1086 |

## ORDER

**AND NOW,** this 26th day of May 2023, upon consideration of Plaintiff's Motion to Remand (ECF No. 4), as well as all submissions related thereto, for the reasons outlined in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's motion is **GRANTED** and the case shall be **REMANDED** to the Court of Common Pleas in Philadelphia County, May Term 2022, No. 1146.

BY THIS COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**